UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ESTATE OF VIRGINIA G. SCHNEIDER
2680 Sunset Rd., Port Washington, WI 53074,

THOMAS SCHNEIDER, in his capacity as the
Personal Representative of the ESTATE OF
VIRGINIA G. SCHNEIDER,
902 Porche Ct., Manitowoc, WI 54220, and

KEVIN SCHNEIDER
2680 Sunset Rd., Port Washington, WI 53074

                Defendants.

Case No. _____

**COMPLAINT**

---

Comes now the plaintiff, the United States of America, by Brad D. Schmiel, United States Attorney for the Eastern District of Wisconsin, and J. Qortney McLeod, Assistant United States Attorney for said District, and for its cause of action alleges that:

1. This is a civil action brought by the United States of America under 28 U.S.C. §1345.

2. The United States seeks to foreclose a reverse mortgage between the Estate of Virginia G. Schneider and the Department of Housing & Urban Development ("HUD"). For reverse mortgages, payment of the debt is made not by monthly payments, but rather by the sale of the mortgaged premises.

3. Edwin Schneider and Virginia G. Schneider executed and delivered to MetLife Home Loans, a Division of MetLife Bank, N.A. ("MetLife") a promissory note 1903009830 dated September 2, 2010, attached hereto as Exhibit A.

4. To secure said note, Edwin Schneider and Virginia G. Schneider executed and delivered to MetLife, its successors and assigns, an Adjustable-Rate Home Equity Conversion Mortgage dated September 2, 2010, attached as Exhibit B.

5. On August 3, 2012, MetLife assigned its interest in the Note and Mortgage to Champion Mortgage Company, a copy of which is hereto annexed as Exhibit C.

6. Said mortgage was assigned to the Secretary of Housing and Urban Development on February 23, 2017. A copy of the assignment annexed as Exhibit D.

7. Edwin Schneider and Virginia G. Schneider also executed and delivered to the Secretary of Housing and Urban Development a second promissory note dated September 2, 2010, and a second Adjustable-Rate Home Equity Conversion Mortgage dated September 2, 2010, to secure the reverse mortgage. Copies of the second note and mortgage are attached as Exhibits E and F.

8. Edwin Schneider passed away on June 17, 2020. A copy of the death certificate is hereto annexed as Exhibit G.

9. Virginia G. Schneider passed away on September 25, 2020. A copy of the death certificate is hereto annexed as Exhibit H.

10. A Probate Estate was created by the filing of a Petition in Probate Court for Ozaukee County, Wisconsin, Case Number 2020-PR-000168. On December 18, 2020, Judge Mueller entered a Statement of Informal Administration. The probate proceeding was closed as of May 27, 2022.

11. On January 15, 2021, Thomas Schneider in his capacity as Personal Representative for the Estate of Virginia G. Schneider executed a Termination of Decedent's Interest, terminating Edwin Schneider's interest in the property secured by the previously referenced mortgages (the

"Subject Property"). A copy of the Termination of Decedent's Interest is attached as Exhibit I.

12. On April 8, 2022, Thomas Schneider in his capacity as Personal Representative for the Estate of Virginia G. Schneider executed a Personal Representative's Deed granting the Subject Property to Thomas Schneider and Kevin Schneider, as tenants in common. A copy of the Personal Representative's Deed is attached hereto as Exhibit J.

13. On March 26, 2024, Thomas Schneider executed a Quit Claim Deed transferring his interest in the Subject Property to Kevin Schneider. A copy of the Quit Claim Deed is attached hereto as Exhibit K.

14. Under the terms of the above notes and mortgages, default occurred on the date of Virginia G. Schneider's death of September 25, 2020. Consistent with said terms and default, full and immediate payment is due and demanded.

15. The Estate of Virginia G. Schneider owes the Plaintiff under the provisions of the notes and mortgages a balance of $281,561.90 as of July 12, 2024. A Statement of Account is attached hereto as Exhibit L.

16. Plaintiff has made the following payments as permitted by the provisions of said mortgages which have become a part of the mortgage indebtedness:

MIP (insurance) $15,518.21

WHEREFORE, plaintiff prays that an accounting be taken under the direction of this Court of what is due for principal and interest on the notes and mortgages and that a decree be entered as follows:

(a) That the defendants pay to plaintiff the principal of $121,633.23 and interest of $144,410.46, together with interest from July 12, 2024 at the rate of $46.75 per day computed as provided in the notes and mortgages up to the date on which the decree is entered, plus interest

thereafter according to law, costs, disbursements, and expenses, or in default of such payment, that all legal right, title, and interest that defendant has in the property described in said mortgage be sold at public sale in accordance with 28 U.S.C. §§2001-2003, inclusive, and that the amounts due to plaintiff be paid out of the proceeds of the sale pursuant to the lien priority of its mortgages;

    (b)    That the defendants and all persons claiming or who may claim by, from, or under it be absolutely barred and foreclosed from all rights and equity of redemption in the property,

    (c)    That if the proceeds of the sale exceed the sum of money to be paid to plaintiff, any such excess be deposited with the Clerk of this Court subject to further orders of the Court;

    (d)    For such other and further relief as is just.

Dated at Milwaukee, Wisconsin this 9th day of February 2026.

                      BRAD D. SCHMEL
                      United States Attorney

By:    */s/ Qortney McLeod*

                      J. QORTNEY MCLEOD
                      Assistant United States Attorney
                      Wisconsin State Bar No. 1105235
                      Office of the United States Attorney
                      Federal Building, Room 530
                      517 East Wisconsin Avenue
                      Milwaukee, Wisconsin 53202
                      Telephone: (414) 297-1700
                      Fax: 414-297-4394
                      qortney.mcleod@usdoj.gov